**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JACK LEE, and YU FEN CHEN**

          **Plaintiffs,**

-vs-                                                    **Case No. 6:08-cv-1394-Orl-22DAB**

**GOLDEN FORTUNE INTERNATIONAL, INC.**

          **Defendant.**

_____

**ORDER**

This cause is before the Court on the Final Motion for Default Judgment (Doc. No. 11) and on Defendant's Amended Motion to Set Aside Default and for Summary Judgment (Doc. No. 18).

The United States Magistrate Judge has submitted a report recommending that the Final Motion for Default Judgment be denied as moot, that the Motion to Set Aside Default be granted, and the Motion for Summary Judgement be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 10, 2008 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Amended Motion to Set Aside Default and for Summary Judgment (Doc. No. 18) is granted in part and denied in part. The Motion to Set Aside Default is granted.

The Clerk is directed to vacate the default (Doc. No. 10).  The Motion for Summary Judgement is denied.

    3.     The Final Motion for Default Judgment (Doc. No. 11) is denied as moot.

    4.     The Defendant is directed to file an Answer to the Complaint within eleven days.

    5.     The Magistrate Judge is directed to enter a Scheduling Order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 5, 2009.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record